In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-050 CV


____________________



PROCTOR-WILLIAMS, INC. AND 


HILCO COMMUNICATIONS, INC., Appellants



V.



JEWEL P. WHITE, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 43334






MEMORANDUM OPINION


 The appellants, Proctor-Williams, Inc. And Hilco Communications, Inc., filed a
motion to dismiss this appeal. The Court finds that this motion is voluntarily made by the
appellants prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed a notice of appeal. The motion to dismiss is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered March 23, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.